**DISMISS and Opinion Filed November 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01137-CV**

**LCR TECHNOLOGIES, INC. AND KENNETH A. GOBIN, Appellants**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02182**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Justice Goldstein

By motion filed November 7, 2022, appellants inform the Court they have

resolved their differences with appellee and request the appeal be dismissed. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

221137F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LCR TECHNOLOGIES, INC. AND
KENNETH A. GOBIN, Appellants

No. 05-22-01137-CV     V.

WELLS FARGO BANK, N.A.,
Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-02182.
Opinion delivered by Justice
Goldstein, Chief Justice Burns and
Justice Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellee Wells Fargo Bank, N.A. recover its costs, if any, of this appeal from appellants LCR Technologies, Inc. and Kenneth A. Gobin.

Judgment entered November 10, 2022